# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2018

158452

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* LEONARD, Minors.

SC: 158452
COA: 340557
Washtenaw CC Family Division:
 15-000140-NA
 15-000141-NA

_____/

On order of the Court, the application for leave to appeal the August 30, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2018



Clerk

t1212